# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** State of West Virginia, et al.

**v.**

EPA, et al.

**Case No:** 24-1009

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ◉ Gov't counsel

for the ◉ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

Commonwealth of Kentucky

### Counsel Information

Lead Counsel: Matthew F. Kuhn

Direct Phone: ( 502 ) 696-5447 Fax: ( 502 ) 564-9380 Email: Matt.Kuhn@ky.gov

2nd Counsel:

Direct Phone: ( ) - Fax: ( ) - Email:

3rd Counsel:

Direct Phone: ( ) - Fax: ( ) - Email:

Firm Name: Office of Kentucky Attorney General

Firm Address: 700 Capital Avenue, Suite 118, Frankfort, Kentucky 40601

Firm Phone: ( 502 ) 696-5300 Fax: ( 502 ) 564-9380 Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.