# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 24-1009                       September Term, 2024

EPA-88FR80480

Filed On: May 15, 2025 [2115969]

State of West Virginia, et al.,

       Petitioners

       v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, United States Environmental Protection Agency,

       Respondents

------------------------------

Clean Air Council, et al.,
       Intervenors

     **BEFORE:**    Pillard, Wilkins, and Rao, Circuit Judges

## O R D E R

Upon consideration of respondents' unopposed motion to hold case in abeyance, it is

**ORDERED** that the motion be granted, and this case continues to remain in abeyance. The parties are directed to file status reports by August 13, 2025, and at 90-day intervals thereafter.

The parties are directed to file motions to govern further proceedings within 30 days of the completion of agency proceedings.

### Per Curiam

                                                **FOR THE COURT:**
                                                Clifton B. Cislak, Clerk
                                   BY:   /s/
                                                Michael C. McGrail
                                                Deputy Clerk