UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| State of West Virginia, et al.,<br><br>   Petitioners,<br><br>  v.<br><br>U.S. Environmental Protection Agency and Lee Zeldin, in his capacity as Administrator, U.S. Environmental Protection Agency,<br><br>   Respondents. | No. 24-1009 |

**EPA's Status Report**

As directed by the Court on May 15, 2025, EPA files this status report.

At dispute is EPA's rule, "Adoption and Submittal of State Plans for Designated Facilities: Implementing Regulations Under Clean Air Act Section 111(d)," 88 Fed. Reg. 80480 (Nov. 17, 2023). After oral argument in January 2025 and following a change in presidential administration, EPA moved to put this case in abeyance while the agency undertakes a new notice-and-comment rulemaking process to reassess the challenged rule. Unopp. Mot. to Hold Case in

Abeyance (Apr. 14, 2025).  The Court granted that motion.  Per Curiam Order

(May 15, 2025) (also ordering 90-day status reports starting today).

EPA's administrative process to reassess the rule is ongoing.  The next status

report is due on May 11, 2026.

Submitted on February 10, 2026.

/s/ Sue Chen
Sue Chen
U.S. Department of Justice
Environment & Natural Resources
Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-5334
Sue.Chen@usdoj.gov

**Certificate of Service**

I certify that on February 10, 2026, I filed this notice using the Court's

CMS/ECF system, which will notify each party.

/s/ Sue Chen
Sue Chen
